NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC D. PHILLIPS, | No. C 08-05460 JF (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| SAN FRANCISCO SHERIFF'S DEPARTMENT, | |
| Defendant. | |

On December 4, 2008, Plaintiff filed the instant civil rights complaint in pro se pursuant to 42 U.S.C. § 1983. The Court dismissed the complaint with leave to amend on April 11, 2009. On April 29, 2009, a copy of the order of dismissal mailed to Plaintiff was returned by mail to the Clerk of the Court as undeliverable because Plaintiff was no longer in custody. (Docket No. 5.) As of the date of this order, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding pro se must promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to

receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

More than sixty days have passed since the Court's order addressed to Plaintiff was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the instant civil rights action is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

IT IS SO ORDERED.

DATED: 7/30/09

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.08\Phillips05460_3-11dism.wpd         2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC D. PHILLIPS JR,

        Plaintiff,

  v.

SAN FRANCISCO SHERIFF'S DEPT., et al,

        Defendant.

                                                 /

Case Number: CV08-05460 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   7/30/09  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric D. Phillips 2383266
San Francisco County Jail
P.O. Box 67
San Bruno, CA 94066

Dated:   7/30/09

                                                 Richard W. Wieking, Clerk